UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kaw B. H.,

File No. 25-cv-4402 (ECT/ECW)

     Petitioner,

v.

**ORDER**

Pamela Bondi, *U.S. Attorney General*, Kristi
Noem, *Secretary, Department of Homeland
Security*, Todd Lyons, *Acting Director,
Immigration and Customs Enforcement*, Joel
Brott, *Sheriff, Sherburne County Jail*,

     Respondents.

Based on the parties' Stipulation for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice, ECF No. 7, **IT IS ORDERED THAT**:

1.    This matter is **REMANDED** to United States Immigration and Customs Enforcement ("ICE") for the immediate release of Petitioner Kaw B. H. from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5; and

2.    This habeas petition [ECF No. 1] is **DISMISSED** without prejudice and with each side to bear its own costs and attorney's fees.

Dated:  November 26, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court